FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 0 7 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-1300 MV |
| vs. | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession with Intent to Distribute 400 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide). |
| **DANIELA COTA-GUITIMEA**, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about April 16, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **DANIELA COTA-GUITIMEA**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

4/30/2019 2:26 PM