# EXHIBIT A

# TRANSCRIPTION AND TRANSLATION

United States,
                    Plaintiff

Case Number:  19-CR-01300-MV

Vs.

Daniela Cota-Guitimea,
                    Defendant

## Recording

## 1 190416_1241

LOGRA INTERPRETING AND TRANSLATING SERVICES, LLC
LOGRAITS.COM  lograits@gmail.com

United States                                                            Case No.: 19-CR-01300-MV
Vs.
Daniela Cota-Guitimea
Audio File 1 190416_1241

Key

| AP | Agent Perry |
|------|-------------|
| UFV1 | Unidentified Female Voice 1 |
| UMV1 | Unidentified Male Voice 1 |
| UFV2 | Unidentified Female Voice 2 |
| UFV3 | Unidentified Female Voice 3 |
| UFV4 | Unidentified Female Voice 4 |
| DCG | Daniela Cota-Guitimea |
| DM | Detective Montoya |
| u/i | Unintelligible utterance |
| VO | Voices overlap |
| BV | Background voices |
| Phon | Lexical item is spelled phonetically |
| Ital | In the Translation column, this indicates an utterance that is originally in English. |
| BN | Background noise |
| sic | Utterance is transcribed verbatim or translated to reflects original error |
| [ ] | Brackets are used to separate the transcriber's/translator's remarks from the original spoken word |

United States                                                         Case No.: 19-CR-01300-MV
Vs.
Daniela Cota-Guitimea
Audio File 1 190416_1241

| LINE | SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|---|
| 1. | AP | Hello ma'am.  How you doing today? | Hello ma'am.  How you doing today? |
| 2. | UFV1 | Good. | Good. |
| 3. | AP | Good. I'm a police officer | Good. I'm a police officer |
| 4. | UFV1 | U-hum | U-hum |
| 5. | AP | And we check the train here, we're speaking with [VO] | And we check the train here, we're speaking with [VO] |
| 6. | UFV1 | Okay. | Okay. |
| 7. | AP | The passengers.  May I speak with you for a moment? | The passengers.  May I speak with you for a moment? |
| 8. | UFV1 | Sure. | Sure. |
| 9. | AP | Do you have your ticket with you [BV]? | Do you have your ticket with you [BV]? |
| 10. | UFV1 | Let me... | Let me... |
| 11. | AP | May I see it please? | May I see it please? |
| 12. | UFV1 | U-hum. | U-hum. |
| 13. | AP | How's your trip going? | How's your trip going? |
| 14. | UFV1 | It's pretty good so far. | It's pretty good so far. |
| 15. | AP | Where you headed to? | Where you headed to? |
| 16. | UFV1 | Ohio [BV, u/i] ... | Ohio [BV, u/i] ... |
| 17. | AP | Yeah? | Yeah? |
| 18. | AP | Are you traveling with somebody else? | Are you traveling with somebody else? |
| 19. | UFV1 | [BV, u/i] Yeah, well, he is like, in the bathroom in the station ... | [BV, u/i] Yeah, well, he is like, in the bathroom in the station ... |
| 20. | AP | Okay. Maria Sampayo [VO] Ar-ti-a-ga? | Okay. Maria Sampayo [VO] Ar-ti-a-ga? |
| 21. | UFV1 | Artiaga | Artiaga |
| 22. | AP | Artiaga? Thank you. So, you started out in California? | Artiaga? Thank you. So, you started out in California? |
| 23. | UFV1 | [i/a] | [i/a] |
| 24. | AP | You live out there or live in Ohio? | You live out there or live in Ohio? |
| 25. | UFV1 | [VO] I live in Fresno, so we are going there for business. | [VO] I live in Fresno, so we are going there for business. |
| 26. | AP | Oh, what kind of business you all going for? | Oh, what kind of business you all going for? |
| 27. | UFV1 | Uh, we do... I don't know if you've heard Kirby, the vacuums... | Uh, we do... I don't know if you've heard Kirby, the vacuums... |
| 28. | AP | Yes | Yes |

United States
Vs.
Daniela Cota-Guitimea
Audio File 1 190416_1241

Case No.: 19-CR-01300-MV

| 29. | UFV1 | That direct sell [u/i], we're going there for a couple of training, so we're self-trainers, so... | That direct sell [u/i], we're going there for a couple of training, so we're self-trainers, so... |
|---|---|---|---|
| 30. | UMV2 | Yeah. | Yeah. |
| 31. | AP | How long are you going to be out there?  When is your ticket back home? | How long are you going to be out there?  When is your ticket back home? |
| 32. | UFV1 | We're going to be there for two days. | We're going to be there for two days. |
| 33. | AP | You coming back on the train? | You coming back on the train? |
| 34. | UFV1 | Yeah. | Yeah. |
| 35. | AP | So, you, are you selling vacuums or... | So, you, are you selling vacuums or... |
| 36. | UFV1 | No, uhm, | No, uhm, |
| 37. | AP | Just [u/i] | Just [u/i] |
| 38. | UFV1 | [VO] we're, we're the service trainers, we pretty much, we train, we train people how to sell 'em. | [VO] we're, we're the service trainers, we pretty much, we train, we train people how to sell 'em. |
| 39. | AP | Oh... | Oh... |
| 40. | UFV1 | [VO] Yeah, so we gonna go over there | [VO] Yeah, so we gonna go over there |
| 41. | AP | [VO]...so you are trainers | [VO]...so you are trainers |
| 42. | UFV1 | Yeah, so we gonna go there and get more training on how to train other people [laughs] | Yeah, so we gonna go there and get more training on how to train other people [laughs] |
| 43. | AP | Have you ever traveled on a train before? | Have you ever traveled on a train before? |
| 44. | UFV1 | First time. | First time. |
| 45. | AP | How you like it? | How you like it? |
| 46. | UFV1 | It's pretty good, actually I liked it a lot. | It's pretty good, actually I liked it a lot. |
| 47. | AP | Well, we come down, because Amtrak really doesn't have a lot of security. | Well, we come down, because Amtrak really doesn't have a lot of security. |
| 48. | UFV1 | U-huh. | U-huh. |
| 49. | AP | So, we come down to speak to as many passengers as we can for security reasons. | So, we come down to speak to as many passengers as we can for security reasons. |
| 50. | UFV1 | U-huh. | U-huh. |

United States
Vs.
Daniela Cota-Guitimea
Audio File 1 190416_1241

Case No.: 19-CR-01300-MV

| 51. | AP | And so, there's a problem with people carrying contraband on the train due to the lack of security... | And so, there's a problem with people carrying contraband on the train due to the lack of security... |
|---|---|---|---|
| 52. | UFV1 | Uh-huh | Uh-huh |
| 53. | AP | ... like weapons, illegal narcotics, hopefully no explosives... | ... like weapons, illegal narcotics, hopefully no explosives... |
| 54. | UFV1 | Hopefully not. | Hopefully not. |
| 55. | AP | Yeah, that's why we are here. Do you, uh, do you guys have luggage on the train with you, ma'am? | Yeah, that's why we are here. Do you, uh, do you guys have luggage on the train with you, ma'am? |
| 56. | UFV1 | Uh, we have our bags, a carry on and [u/i] bags. If you want to check them? | Uh, we have our bags, a carry on and [u/i] bags. If you want to check them? |
| 57. | AP | These are yours over here? | These are yours over here? |
| 58. | UFV1 | Yeah, these two are ours. | Yeah, these two are ours. |
| 59. | AP | Okay.  They got a place for you guys to stay at there yet or...? | Okay.  They got a place for you guys to stay at there yet or...? |
| 60. | UFV1 | Uhm, yeah, we have a hotel in Ohio, that they are waiting for us. | Uhm, yeah, we have a hotel in Ohio, that they are waiting for us. |
| 61. | AP | What part of Ohio you going to? | What part of Ohio you going to? |
| 62. | UFV1 | Uh, Cleveland. | Uh, Cleveland. |
| 63. | AP | Oh, have you been there before? | Oh, have you been there before? |
| 64. | UFV1 | Never, so I'm not familiar with the area [VO] | Never, so I'm not familiar with the area [VO] |
| 65. | UFV2 | [u/i] | [u/i] |
| 66. | AP | So, do you travel around the country doing this? | So, do you travel around the country doing this? |
| 67. | UFV1 | No, this will be our first trip. | No, this will be our first trip. |
| 68. | AP | Really? | Really? |
| 69. | UFV1 | Yeah, so it's exiting. | Yeah, so it's exiting. |
| 70. | AP | Okay.  Alright. | Okay.  Alright. |
| 71. | UFV1 | Would you like to check our luggage? | Would you like to check our luggage? |
| 72. | AP | It's okay. | It's okay. |
| 73. | UFV1 | Okay. | Okay. |
| 74. | AP | Thank you. I appreciate it.  You have a good trip | Thank you. I appreciate it.  You have a good trip |
| 75. | UFV1 | Thank you so much. | Thank you so much. |

United States                                                                Case No.: 19-CR-01300-MV
Vs.
Daniela Cota-Guitimea
Audio File 1 190416_1241

| 76. | AP | Thank you [BN] How you doing ma'am. | Thank you [BN] How you doing ma'am. |
|---|---|---|---|
| 77. | UFV3 | Good. | Good. |
| 78. | UFV4 | Good. | Good. |
| 79. | AP | You all travelling [sic.] together? | You all travelling [sic.] together? |
| 80. | UFV3 | No. | No. |
| 81. | AP | I am a police officer and we check the train here. May I speak with you for one moment? | I am a police officer and we check the train here. May I speak with you for one moment? |
| 82. | UFV3 | Sure. | Sure. |
| 83. | AP | Do you have your ticket with you ma'am? | Do you have your ticket with you ma'am? |
| 84. | UFV3 | Yeah. | Yeah. |
| 85. | UFV3 | May I see it please?  How's your trip? | May I see it please?  How's your trip? |
| 86. | UFV3 | Lousy [u/i] | Lousy [u/i] |
| 87. | AP | Well. I'm sorry to hear that | Well. I'm sorry to hear that |
| 88. | UFV3 | [Laughs] [u/i] | [Laughs] [u/i] |
| 89. | AP | Where you headed to? | Where you headed to? |
| 90. | UFV3 | Uh, La Junta. | Uh, La Junta. |
| 91. | AP | Oh, you don't have to far to go. | Oh, you don't have to far to go. |
| 92. | UFV3 | Yeah, not at all. It's almost over. | Yeah, not at all. It's almost over. |
| 93. | AP | Yeah [BN] | Yeah [BN] |
| 94. | UV | [u/i] my | [u/i] my |
| 95. | UMV1 | Why [u/i]? Do you need help [u/i]? | Why [u/i]? Do you need help [u/i]? |
| 96. | AP | What's that? | What's that? |
| 97. | UMV1 | Well, I said why [u/i], they should be grateful, right.  What can we do to make your trip better? | Well, I said why [u/i], they should be grateful, right.  What can we do to make your trip better? |
| 98. | AP | Thank you, ma'am. Thank you, Ms. Valdez.  You have a good trip, okay. | Thank you, ma'am. Thank you, Ms. Valdez.  You have a good trip, okay. |
| 99. | UVF3 | Thank you very much. | Thank you very much. |
| 100. | AP | Sorry to interrupt your lunch, lunch or breakfast. | Sorry to interrupt your lunch, lunch or breakfast. |
| 101. | UFV3 | No, I know, I just gotta get something, I've got low blood sugar right now. | No, I know, I just gotta get something, I've got low blood sugar right now. |
| 102. | AP | Okay. | Okay. |

United States

Vs.

Daniela Cota-Guitimea

Audio File 1 190416_1241

Case No.: 19-CR-01300-MV

| 103. | UMV1 | Oh, I'm sorry man, I was just repeating, I'm trying to, I'm trying to try out to be one of these guys. | Oh, I'm sorry man, I was just repeating, I'm trying to, I'm trying to try out to be one of these guys. |
|------|------|------|------|
| 104. | AP | Hello, ma'am.  How you doing?  I'm a police officer and we check the train here. May I speak to you for a moment? | Hello, ma'am.  How you doing?  I'm a police officer and we check the train here. May I speak to you for a moment? |
| 105. | DCG | Uhm, boleIto. | Uhm, ticket. |
| 106. | AP | Yo soy un policía. ¿Me permite platicar con usted? | I'm a police officer. May I please speak with you? |
| 107. | DCG | Sí. | Yes. |
| 108. | AP | ¿Me permite ver su boleto, por favor? | May I please see your ticket, please? |
| 109. | DCG | Sí. | Yes. |
| 110. | AP | ¿Su destino? | Your destination? |
| 111. | DCG | [i/a] | [i/a] |
| 112. | AP | ¿Cómo? | Excuse me? |
| 113. | DCG | [u/i] Es [u/i] Chicago. | [u/i] It's [u/i] Chicago. |
| 114. | AP | Uh, where's the other?  The other part of it? | Uh, where's the other?  The other part of it? |
| 115. | DCG | ¿Perdón? | Excuse me? |
| 116. | AP | El boleto. | The ticket |
| 117. | DCG | [u/i] | [u/i] |
| 118. | AP | Okay. ¿Me permite ver su identificación por favor? | Okay, may I please see your identification, please? |
| 119. | DCG | Sí. | Yes. |
| 120. | AP | ¿De dónde viene usted? | Where are you coming from? |
| 121. | DCG | De Los Angeles | From Los Angeles. |
| 122. | AP | ¿Dónde vivo [sic] en Los Angeles o Chicago? | Where do I live, Los Angeles or Chicago? |
| 123. | DCG | [u/i] | [u/i] |
| 124. | AP | ¿Mexicali? | Mexicali? |
| 125. | DCG | [u/i] | [u/i] |
| 126. | AP | Gracias.  I'll get out of your way in just a minute, ma'am. | Thank you.  I'll get out of your way in just a minute, ma'am. |
| 127. | UFV3 | [i/a] I'm in my own world right now. | [i/a] I'm in my own world right now. |
| 128. | AP | Muchas gracias.  There you go.  Daniela Cota Gutemea [phon] | Thank you very much.  There you go.  Daniela Cota Gutemea [phon] |
| 129. | DCG | Guitimea. | Guitimea. |

United States
Vs.
Daniela Cota-Guitimea
Audio File 1 190416_1241

Case No.: 19-CR-01300-MV

| 130. | AP | Gutemea [phon]. Nine, one, ninety-seven, okay. Gracias, muchas gracias. ¿Tiene equipaje allí abajo? | Gutemea [phon] Nine, one, ninety-seven, okay. Thank you, thank you very much. Do you have luggage below? |
|---|---|---|---|
| 131. | DCG | Sí, una maleta. | Yes, one suitcase. |
| 132. | AP | ¿Cuánto? ¿Un maleta? ¿Tiene equipaje aquí? | How many? One suitcase? Do you have luggage here? |
| 133. | DCG | [u/i] | [u/i] |
| 134. | AP | Okay. Alright. Can you, uhm, ¿Poquito inglés o no inglés? [BN] | Okay. Alright. Can you, uhm, a little English or no English? [BN] |
| 135. | DCG | Entiendo poquito. | I understand a little. |
| 136. | AP | Alright. Can you, uh, ¿Maleta abajo? | Alright. Can you, uh. Suitcase below? |
| 137. | DCG. | Sí. | Yes. |
| 138. | AP | Okay, she's going to come up, stand up [u/i]. Sorry to interrupt ya, [phon] there again. Can I sit this here on you, ma'am? | Okay, she's going to come up, stand up [u/i]. Sorry to interrupt ya, [phone] there again. Can I sit this here on you, ma'am? |
| 139. | UFV3 | [u/i] | [u/i] |
| 140. | AP | ¿Puedo registrar por contrabando en sus maletas? | May I check your suitcase for contraband? |
| 141. | DCG | Sí. | Yes. |
| 142. | AP | Gracias, muchas gracias. | Thank you, thank you very much. |
| 143. | UFV3 | [u/i] thank you. | [u/i] thank you |
| 144. | AP | ¿Y su destino es Chicago? | And your destination is Chicago? |
| 145. | DCG | Ejem. | U-hum. |
| 146. | AP | ¿Cuántos días en Chicago? | How many days in Chicago? |
| 147. | DCG | Mmm, una semana. | U-hum, one week. |
| 148. | AP | ¿Vacations or trabajo? | Vacations or work? |
| 149. | DCG | No, con mis primas. | No, with my cousins. |
| 150. | AP | ¿Cómo? | Escuse me? |
| 151. | DCG | Con mis primas, cosins [phon] | With my cousins, cosins [phon] |
| 152. | AP | Okey. Gracias. | Okay. Thank you. |
| 153. | DCG | And my boyfriend. | And my boyfriend. |
| 154. | AP | Oh, okey. | Oh, okay. |
| 155. | UV | [u/i] | [u/i] |
| 156. | DCG | [u/i]aquí. | [u/i] |
| 157. | AP | No move. [sic] ¿Cuántas aquí? | Don't move. How many here? |
| 158. | DCG | ¿Cómo? | Excuse me? |
| 159. | AP | Okey. ¿Dos maletas? | Okay. Two suitcases? |
| 160. | DCG | No, una. | No, one. |

United States                                                           Case No.: 19-CR-01300-MV
Vs.
Daniela Cota-Guitimea
Audio File 1 190416_1241

| 161. | AP | Aquí or… | Here or… |
|------|-----|----------|----------|
| 162. | DCG | Aquí, uh . | Here, uh. |
| 163. | AP | ¿Me permite ver su, uh, boleto, por favor? | May I please see, your uhm ticket? |
| 164. | DCG | Okey. | Okay |
| 165. | AP | Gracias. So, uh, [u/i] | Thank you. So, uh, [u/i] |
| 166. | DCG | Oh, ¿Puedo [u/i]? | Oh, can I [u/i]? |
| 167. | AP | Sí. | Yes. |
| 168. | DCG | Aquí. | Here. |
| 169. | AP | So, ¿dos maletas? Or just uno. | So, two suitcases or just one. |
| 170. | DCG | Nomás uno. | Just one. |
| 171. | AP | Okey. | Okay. |
| 172. | DCG | Es una maleta grande y la maleta chica que está allá arriba. | It's one large suitcase and the small suitcase that is up there. |
| 173. | AP | Okey. ¿Me permite registrar por contrabando en su [sic] maletas? | Okay. May I please check your luggage for contraband? |
| 174. | DCG | Sí. | Yes. |
| 175. | AP | Okay. Alright. Gracias. [u/i] | Okay. Alright. Thank you. [u/i] |
| 176. | DCG | Puedo [u/i] | May I [u/i] |
| 177. | SA | Sí, sí. | Yes, yes. |
| 178. | DCG | ¿Sí? Gracias. | Yes? Thank you. |
| 179. | AP | Mi amigo mucho habla español, un momento, ¿okey? | My friend speaks a lot of Spanish, one moment, okay. |

        I, Lisa O'Grady, a New Mexico Certified Court Interpreter, hereby certify that the foregoing transcription and translation of the recording 1 190416_1241 in the matter of United States vs. Daniela Cota-Guitimea, Case No.: 19-CR-01300-MV, is true and accurate to the best of my training and ability.


*Lisa O'Grady*
Lisa O'Grady
New Mexico Certified Court Interpreter

# EXHIBIT B

# TRANSCRIPTION AND TRANSLATION

United States,
              Plaintiff

Vs.

Daniela Cota-Guitimea,
              Defendant

Case Number:  19-CR-01300-MV

## Recording

## 2 190416_1242

LOGRA INTERPRETING AND TRANSLATING SERVICES, LLC
LOGRAITS.COM  lograits@gmail.com

United States                                                              Case No.: 19-CR-01300-MV
Vs.
Daniela Cota-Guitimea
Audio File 2 190416_1242

Key

| AP | Agent Perry |
|------|-------------|
| DCG | Daniela Cota-Guitimea |
| DM | Detective Montoya |
| UFV | Unidentified Femal Voice |
| u/i | Unintelligible utterance |
| VO | Voices overlap |
| BV | Background voices |
| Phon | Lexical item is spelled phonetically |
| Ital | In the Translation column, this indicates an utterance that is originally in English. |
| BN | Background noise |
| sic | Utterance is transcribed verbatim or translated to reflects original error |
| [ ] | Brackets are used to separate the transcriber's/translator's remarks from the original spoken word |

United States                                            Case No.: 19-CR-01300-MV
Vs.
Daniela Cota-Guitimea
Audio File 2 190416_1242

| LINE | SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|---|
| 1. | AP | Señora, mi, uh, amigo, mucho habla español | Ma'am, my, uh, friend speaks a lot of Spanish. |
| 2. | DCG | Hola. [u/i] | Hello. [u/i] |
| 3. | AP | Can you, she said she had a bag down here. | Can you, she said she had a bag down here. |
| 4. | DM | Uhum | U-hum |
| 5. | AP | Can you ask her if she carried any luggage on the train? | Can you ask her if she carried any luggage on the train? |
| 6. | DM | ¿Lleva bolsillos aquí, hoy? | Do you have pockets here, today? |
| 7. | DCM | ¿Perdón? | Excuse me? |
| 8. | DM | ¿Tiene bolsa? | Do you have bag? |
| 9. | DCM | Eh, sí. | Uh, yes. |
| 10. | DM | Uh, ¿ónde [sic] está? | Uh, where is it? |
| 11. | DCM | Una, una maleta chica que llevo arriba conmigo. | A, a small suitcase that I have up above with me. |
| 12. | DM | Y, y la maleta chica, ¿dónde está? | And, and the small suitcase, where is it? |
| 13. | DCM | Arriba. | Up above. |
| 14. | DM | ¿Arriba? | Up above? |
| 15. | DCM | Aja. Donde yo voy sentada. | U-huh. Where I'm seated. |
| 16. | DM | Solamente ese, el último. [u/i] | Just that one, the last [u/i] |
| 17. | DCM | No. | No. |
| 18. | AP | Did, did she carry any luggage and put it down here? | Did, did she carry any luggage and put it down here? |
| 19. | DM | ¿Y aquí abajo? | And down here? |
| 20. | DCM | Está una grande, pero no la veo. Ahí está. | There's a big one, but I don't see it. There it is. |
| 21. | DM | ¿No, no la veo? | No, I don't see it? |
| 22. | DCM | No está. No 'stá [sic] ahí. | It's not here. It's not there. |
| 23. | DM | She saying that she has a black bag but she doesn't see it here. | She saying that she has a black bag but she doesn't see it here. |
| 24. | DCM | No está. | It's not here. |
| 25. | AP | Okay, ask her if she carried it on the train with her. | Okay, ask her if she carried it on the train with her. |
| 26. | DM | ¿Subiste el, esos [sic] dos bolsas en el tren hoy? | Did you carry on the, those two bags on the train today? |
| 27. | DCM | U-hum, sí. | U-huh, yes. |
| 28. | DM | She said yes. | She said yes. |
| 29. | DCM | Ayer. | Yesterday. |

United States                                                    Case No.: 19-CR-01300-MV
Vs.
Daniela Cota-Guitimea
Audio File 2 190416_1242

| 30. | DM | Yes, yesterday. | Yes, yesterday. |
|---|---|---|---|
| 31. | AP | Did she, did she check any bags at the station? Did she check 'em in at the station? | Did she, did she check any bags at the station? Did she check 'em in at the station? |
| 32. | DM | ¿So, cuando, cuando comenza [sic], traí [sic] los, los [sic] bolsas, le hicieron, ah, check, ahí en el [u/i] | So, when, when you start, I brang the, the bags, did they do, uh, check, there in the [u/i] |
| 33. | DCM | Antes de tomar el tren me dijeron que tenía que sacar, eh, en una, en una caja, una caja mi ropa, la, ah, poquita ropa, entonces, eh, uhm, me, me subí al tren con mi, con mi maleta negra y, y esta, y la... | Before taking the train, they told me that I had to take out, uh, in a, in a box, my clothes, the, uh, few clothes, so, uh, uhm, I, I got on the train with my, with my black suitcase, and, and this one, and the... |
| 34. | DM | ¿Y la otra? | And the other one? |
| 35. | DCM | Y la otra, no, no sé. | And the other one, no, I don't know. |
| 36. | DM | I wonder if it got checked in the uh, the baggage. | I wonder if it got checked in the uh, the baggage. |
| 37. | DCM | No sé, | I don't know, |
| 38. | AP | No, hang on. Eh, what, what's she saying? | No, hang on. Eh, what, what's she saying? |
| 39. | DM | Okay, so, she's saying that when she came in, she came with the backpack she has on... | Okay, so, she's saying that when she came in, she came with the backpack she has on... |
| 40. | DCM | U-hum | U-huh |
| 41. | DM | ...the other bag that's up there, the other bag it had clothing, they're saying that they had to put it in a box, but she doesn't know where it is at on the train. | ...the other bag that's up there, the other bag it had clothing, they're saying that they had to put it in a box, and she doesn't know where it is at on the train. |
| 42. | AP | Did, did she, did you specific, ask her specific, did she check it in at the station? And they, she's got two tags here. | Did, did she, did you specific, ask her specific, did she check it in at the station? And they, she's got two tags here. |
| 43. | DM | Okay. | Okay. |
| 44. | DCM | Yo pregunté que si con eso me podían dar mi, mi, mi, maleta llegando a Chicago y me dijeron que sí. | I asked if with that they could give me my, my, my suitcase on arrival in Chicago and they told me yes. |

United States                                                        Case No.: 19-CR-01300-MV
Vs.
Daniela Cota-Guitimea
Audio File 2 190416_1242

| 45. | DM | She's saying that she asked them if these two would get her all of her bags, the other one, the one you're talking about, and they told her yes. | She's saying that she asked them if these two would get her all of her bags, the other one, the one you're talking about, and they told her yes. |
|---|---|---|---|
| 46. | AP | So, she has two checked bags? | So, she has two checked bags? |
| 47. | DM | Yes.  [To DCM] Tiene dos bolsillas [sic] que chequear en esos, ¿sí? | Yes. [To DCM] You have two little bags to check in those, yes? |
| 48. | DCM | Es una maleta grande, nada más. | It's a large suitcase, nothing else. |
| 49. | DM | Okay, so she's saying one big bag. | Okay, so she's saying one big bag. |
| 50. | DCM | Aja. | U-huh. |
| 51. | AP | What's it look like? | What's it look like? |
| 52. | DM | ¿Qué, cómo se mira? ¿Qué color es? | What, what's it look like?  What color is it? |
| 53. | DCM | Es color gris. | It's gray. |
| 54. | DM | It's gray. | It's gray. |
| 55. | AP | Gray?  Is it like a rolling suitcase? | Gray?  Is it like a rolling suitcase? |
| 56. | DCM | Sí, | Yes, |
| 57. | DM | [laughs] | [laughs] |
| 58. | DCM | Tiene, tiene, tiene para [u/i] | It, it, it has for [u/i] |
| 59. | AP | You speak English? | You speak English? |
| 60. | DCM | No, no, pero entiendo un poco. | No, no, but I understand a little. |
| 61. | AP | So how come you have two tags then, if you only have one checked bag. | So how come you have two tags then, if you only have one checked bag. |
| 62. | DCM | Yo creo que es, el, la maleta, y es el, el la, la caja.  Me imagino, ¿no? | I think that it is the suitcase, and it's the, the, the, the box.  I suppose, right? |
| 63. | DM | Oh, so, she's saying she has uh…, | So, she's saying she has uh…, |
| 64. | DCM | Por eso dice "dos". | That's why it says "two". |
| 65. | DM | A suitcase and a box. | A suitcase and a box. |
| 66. | AP | A box? | A box? |
| 67. | DCM | Aja. | U-hum. |
| 68. | DM | [u/i] | [u/i] |
| 69. | AP | Okay, and where's she going to? Chicago? | Okay, and where's she going to? Chicago? |
| 70. | DM | ¿Adónde vas? | Where are you going to? |
| 71. | DCM | A Chicago. | To Chicago. |

United States                                                    Case No.: 19-CR-01300-MV
Vs.
Daniela Cota-Guitimea
Audio File 2 190416_1242

| 72. | DM | Okey. | Okay. |
|---|---|---|---|
| 73. | AP | Did you, who's she going out there to see? | Did you, who's she going out there to see? |
| 74. | DM | ¿Y qué te [sic] va a hacer a, allá? | And what are you going to do o, over there? |
| 75. | DCM | Allá voy con mis primas y, y, a conocer a un, boyfriend. | I'm going over there with my [female] cousins and, and to meet a, boyfriend. |
| 76. | AP | And is she coming back on the train? | And is she coming back on the train? |
| 77. | DCM | Chicago. | Chicago. |
| 78. | DM | ¿Y va a venir pa'tras [VO, u/i]? | And are you coming back [VO, u/i]? |
| 79. | DCM | Sí, en una semana me regreso. | Yes, I return in a week. |
| 80. | DM | ¿Por el tren? | By the train? |
| 81. | DCM | Sí. No, no, creo que en avión. | Yes. No, no, I think on a plane. |
| 82. | DM | She's gonna fly back [VO, u/i] | She's gonna fly back [VO, u/i] |
| 83. | DCM | Con mis primas. | With my cousins. |
| 84. | AP | And how, how long she's staying? | And how, how long she's staying? |
| 85. | DCM | Mis primas son de Tucson. | My cousins are from Tucson. |
| 86. | DM | ¿Cuántos días se va a quedar allá? | How many days are you going to stay over there? |
| 87. | DCM | Una semana. | One week. |
| 88. | UFV | Excuse me. | Excuse me. |
| 89. | DM | One month, she's gonna stay. | One month, she's gonna stay. |
| 90. | AP | Gracias.  So, me permite revi-- | Thank you. So, you allow me to sea-- |
| 91. | DM | I'm sorry, a week. | I'm sorry, a week. |
| 92. | AP | Ask her permission to search these two bags she has, the box and the other suitcase. | Ask her permission to search these two bags she has, the box and the other suitcase. |
| 93. | DM | Si puedo agarrar permiso para revisar estos two. | If I can grab permission to search these two. |
| 94. | DCM | Sí, claro.  Sí. | Yes, of course. Yes. |
| 95. | DM | She said "yes". | She said "yes". |
| 96. | DCM | Está bien. | That's fine. |
| 97. | AP | Gracias, muchas gracias. | Thanks, thank you. |
| 98. | DCM | De nada. | You're welcome. |
| 99. | AP | ¿Y me permite registrar por contrabando en su persona? | And will you allow me to search your person for contraband? |

United States                                                    Case No.: 19-CR-01300-MV
Vs.
Daniela Cota-Guitimea
Audio File 2 190416_1242

| 100. | DCM | Sí. | Yes. |
|---|---|---|---|
| 101. | AP | Okay. Ask her if she can unzip her jacket. | Okay. Ask her if she can unzip her jacket. |
| 102. | DM | ¿Puedo...? | May I...? |
| 103. | AP | Ask her | Ask her |
| 104. | DM | Si puedo... | If I can... |
| 105. | DCM | Sí. | Yes. |
| 106. | AP | Ask her. | Ask her. |
| 107. | DM | Si puedo, abrir su chamarra, por favor. | If I can, open you jacket, please. |
| 108. | DCM | Sí. | Yes. |
| 109. | DM | ¿Dónde, aquí? | Where, here? |
| 110. | AP | Muchas gracias, okey. | Thank you very much, okay. |
| 111. | DCM | De nada. | You're welcome. |
| 112. | AP | Okey. Gracias. | Okay. Gracias. |

I, Lisa O'Grady, a New Mexico Certified Court Interpreter, hereby certify that the foregoing transcription and translation of the recording 2 190416_1242 in the matter of United States vs. Daniela Cota-Guitimea, Case No.: 19-CR-01300-MV, is true and accurate to the best of my training and ability.

_Lisa O'Grady_

Lisa O'Grady
New Mexico Certified Court Interpreter

# EXHIBIT C

1

IN RE:  USA v. DANIELA COTA-GUITEMIA


                TRANSCRIPTION OF AUDIO PROCEEDINGS
                     April 18, 2019




TRANSCRIBED BY:

          ANNE DEHON, CCR #263
          Bean & Associates, Inc.
          201 Third Street NW, Suite 1610
          Albuquerque, New Mexico 87102
          (505) 843-9494



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1                    A P P E A R A N C E S

2    For the United States:

3        MR. MATTHEW NELSON

4
     For the Defendant:
5
         MS. SARAH GORMAN
6

7

8

9                              :

10       Q.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3

1          COURT CLERK:  Court calls United States of

2   America versus Daniela Cota.

3          MR. NELSON:  Matthew Nelson on behalf of the

4   United States, Your Honor.

5          THE COURT:  Thank you, Mr. Nelson.

6          MS. GORMAN:  Good morning, Your Honor, Sarah

7   Gorman on behalf of Ms. Cota, with me now.

8          THE COURT:  Thank you, Ms. Gorman.  We are

9   scheduled this morning for a preliminary hearing

10  and, if appropriate, a detention hearing.  Ms.

11  Gorman, are you anticipating requiring evidence

12  from the government?

13         MS. GORMAN:  Yes, Your Honor, we're going to

14  go forward on both the detention hearing and the

15  probable cause hearing.

16         THE COURT:  All right.  Mr. Nelson, are you

17  prepared to present evidence?

18         MR. NELSON:  Yes, Your Honor.

19         THE COURT:  All right.  Ms. Gorman, if you

20  and Ms. Cota would like to have a seat, we'll have

21  the government present its evidence.

22         MS. GORMAN:  Yes, Your Honor.

23         THE COURT:  Thank you.

24         MR. NELSON:  Your Honor, the United States

25  calls Special Agent Jay Perry.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4

1          (SPECIAL AGENT JARRELL PERRY was sworn in.)

2          COURT CLERK:  Will you state and spell your

3     name for the record?

4          THE WITNESS:  My name is Jarrell W. Perry.

5     It's J-A-R-R-E-L-L P-E-R-R-Y.

6          DIRECT EXAMINATION BY MR. NELSON:

7      Q.  Good morning, Agent Perry.  Could you tell

8     us where you're employed and what your job title

9     is?

10     A.  Special agent with the Drug Enforcement

11    Administration here in Albuquerque.

12     Q.  And how long have you worked in law

13    enforcement -- law enforcement?

14     A.  For approximately 27 years.

15     Q.  And how long with the DEA?

16     A.  A little over 20 years.

17     Q.  And are you the case agent in the case we're

18    speaking -- talking about today?

19     A.  Yes, sir, I am.

20     Q.  And are you familiar with the facts of this

21    case?

22     A.  Yes, sir, I am.

23     Q.  Could you describe what happened on April

24    16th, 2019, that led to the arrest of Daniela Cota?

25     A.  Yes, sir.  I was working at the Amtrak Train

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                       1-800-669-9492
                                                           e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5

1  Station which is located here in Albuquerque, the
2  County of Bernalillo, State and District of New
3  Mexico.  I was there to check an eastbound train
4  that makes a regularly scheduled stop here in
5  Albuquerque.  Excuse me.  I approached the
6  defendant, Ms. Cota, in this case, displayed my DEA
7  badge to her, identified myself as a police officer
8  and asked for permission to speak with her.
9       I asked her various questions about her
10 travel and then subsequently asked her if she had
11 any luggage with her.  She stated that she had two
12 checked-in forms of luggage, one box and one bag.
13 She also had two luggage claim check ticket -- or
14 luggage claim check tickets stapled to her Amtrak
15 train ticket folder.  I subsequently asked for and
16 received permission from her to search her two
17 forms of luggage for contraband.  Excuse me.  She
18 did give me permission to search them.
19      I located them.  It was the same two tags
20 attached to those forms of luggage that she had
21 attached to her Amtrak train ticket.  Conducted a
22 search of a rolling type of duffle bag which also
23 had a name tag with her name on it.  It revealed a
24 false compartment that is in the bottom of that
25 rolling type duffle bag.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6

1          I removed a small, thin type of felt covered

2   board that was on top of that compartment, and that

3   revealed numerous brick-like bundles that were

4   wrapped in clear, heat-sealed plastic that I

5   immediately knew from my experience were consistent

6   with bundles of illegal narcotics.  At that time

7   Ms. Cota was placed under arrest.

8      Q.  All right.  Thank you.  And do you see Ms.

9   Cota in the courtroom today?

10     A.  Yes, sir, I do.

11     Q.  Could you describe where's she's sitting and

12  what she's wearing?

13     A.  She's seated right to your left.  She's

14  wearing a red jumpsuit, has long, light-colored

15  hair and has the earphones on.

16          MR. NELSON:  Your Honor, I'd ask that the

17  record reflect that Agent Perry has identified the

18  defendant.

19          THE COURT:  Thank you.  And I should have

20  made a record earlier that Ms. Cota is using the

21  services of our interpreter who is present and was

22  previously sworn.

23          Ms. Cota, are those headphones working so

24  that you can hear and understand everything?  She

25  indicates by nodding yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7

1           Mr. Nelson.

2      Q.  Special Agent Perry, after you placed the

3  defendant under arrest, what happened?

4      A.  She was transported back to the DEA office

5  along with her personal property including that

6  duffle bag.

7      Q.  And at the DEA office, was she advised of

8  her Miranda rights?

9      A.  Yes, she was.

10      Q.  And did she waive those rights?

11      A.  Yes, she did.

12      Q.  And did she make any statements to you after

13  she waived her rights?

14      A.  I wasn't the one that actually interviewed

15  her, but two other task force officers did, and she

16  did make statements to them and they relayed the

17  information to me.

18      Q.  And what did they tell you?

19      A.  She stated that she knew that her duffle bag

20  contained drugs.  She didn't know what type or how

21  much.  She stated that she packaged those drugs in

22  the clear, heat-sealed plastic in California and

23  that she was to be paid $2,500 to transport them to

24  Chicago, Illinois.

25      Q.  And did you check her criminal history after

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8

1  her arrest?

2      A.  Yes.  We fingerprinted her and the criminal

3  history came back showing no previous arrests.

4      Q.  Did it show anything as far as previous

5  trafficking activity?

6      A.  Not on her fingerprints, but during a

7  post-arrest interview statement she did admit that

8  she had been arrested coming across the border at a

9  checkpoint with 50 kilograms of marijuana.  And I

10 did confirm that with -- when I contacted an agent

11 in (inaudible).

12     Q.  And just to be clear, she was not prosecuted

13 for that?

14     A.  No, she was not prosecuted or fingerprinted.

15     Q.  Okay.  Going back to the drugs that were

16 found, what was the approximate weight of those

17 drugs?

18     A.  The bundles were weighed.  They weighed

19 approximately 8.10 gross kilograms.

20     Q.  And is that amount consistent with

21 distribution or personal use?

22     A.  It's definitely distribution amount.

23     Q.  And were the drugs field tested?

24     A.  Yes, sir, they were.

25     Q.  And what were the results of the field test?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    A.  They were positive for the presence of
2  fentanyl.
3    Q.  And is this investigation ongoing?
4    A.  Yes, sir, it is.
5       MR. NELSON:  Okay.  No further questions,
6  Your Honor.
7       THE COURT:  Ms. Gorman.
8       MS. GORMAN:  Thank you, Your Honor.
9       CROSS-EXAMINATION BY MS. GORMAN:
10    Q.  Good morning, Agent Perry.
11    A.  Good morning, ma'am.
12    Q.  Agent Perry, you said that you were working
13  at the Amtrak station on April 16th.  Why did you
14  approach this particular train?
15    A.  It's a normal train that I work per a part
16  of my duties.
17    Q.  This particular train?
18    A.  Yes, ma'am.
19       MR. NELSON:  Objection, relevance, Your
20  Honor.
21       MS. GORMAN:  Your Honor, it goes towards why
22  he approached this train, why he -- any information
23  he may have had that may have led previous to this
24  arrest.  If I can continue the questioning, I'll
25  continue it along that matter.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

10

1        THE COURT:  Well, the government's burden is
2   to show probable cause here.  Whether -- no matter
3   what his purpose in approaching the train, he could
4   have had probable cause based on the testimony
5   that's been provided.  I think, technically, the
6   objection is correct, so I'd like to keep the scope
7   limited to a probable cause hearing.
8        MS. GORMAN:  Yes, Your Honor.
9     Q.  Agent Perry, when you entered the train, you
10  said you approached Ms. Cota.  Did you approach any
11  other passengers?
12       MR. NELSON:  Objection, relevance.
13       MS. GORMAN:  Your Honor, it goes towards the
14  possession of this luggage, who else was on that
15  train, who else may have been traveling with Ms.
16  Cota.
17       THE COURT:  I'll allow you to explore
18  whether there's any evidence of anyone else in
19  possession.
20    A.  Can you repeat the question, please?
21    Q.  When you -- when you entered the train, did
22  you approach any other passengers?
23    A.  Yes, ma'am, I did.
24    Q.  And did you -- as you continued your
25  investigation, did you find drugs on any of those

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   other passengers or their luggage?

 2        A.  No one else was arrested on that date, no.

 3        Q.  Okay.  Now, when you approached Ms. Cota,

 4   you said you identified yourself.  Did she identify

 5   herself?

 6        A.  I asked her for her ticket and

 7   identification, and she did hand those to me.

 8        Q.  Okay.  And did you speak Spanish with Ms.

 9   Cota?

10        A.  Yes, I did.

11        Q.  Are you a fluent Spanish speaker?

12        A.  No, ma'am, I'm not.

13        Q.  And did Ms. Cota speak English with you at

14   all?

15        A.  Maybe a little bit, but very few words in

16   English.  Mostly in Spanish.

17        Q.  Okay.  But you are not a fluent Spanish

18   speaker?

19        A.  No, ma'am, I'm not.

20        Q.  Okay.  Did you have any other agents with

21   you at that time who spoke Spanish?

22        A.  I had Albuquerque Police Department

23   Detective James Montoya.  He did help me later on

24   during when I was speaking with Ms. Cota in

25   speaking Spanish to her.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

12

1     Q.  Was he with you when you were on the train

2  when you initially approached Ms. Cota?

3     A.  He was on the train, but he wasn't with me

4  when I initially approached her, no.

5     Q.  So did he speak with you with Ms. Cota on

6  the train?

7     A.  We spoke downstairs right outside the

8  doorway on the platform, so it actually wasn't on

9  the train.  We were right off of the train.

10    Q.  And you -- you said that you introduced

11 yourself and you asked Ms. Cota for permission to

12 search her luggage.  Was Officer Montoya with you

13 at that point?

14    A.  I asked her permission to search her

15 luggage, then he asked her again, so she gave us

16 both permission.  So I can't remember if he was

17 with me when I initially asked or not.

18    Q.  Was there any officer interpreting for you

19 when you were initially on the train and approached

20 Ms. Cota?

21    A.  No, ma'am.

22    Q.  Okay.  Now, when you asked her for

23 permission to search her luggage, you said that she

24 showed you a ticket.  Did you ask her for written

25 permission?  Did you provide any type of consent

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

13

1  that was written?

2       A.  Well, you asked me a bunch of questions.

3  Can you repeat from the beginning?

4       Q.  Yes.  So, when you first approached Ms.

5  Cota, you said you introduced yourself and you

6  asked her for permission to search her luggage.

7  Did you obtain any kind of written consent to

8  search her luggage?

9       A.  Well, when I first approached her I didn't

10  ask permission to search her luggage.  That was

11  later on.  But I didn't ask for written permission,

12  no, ma'am.

13       Q.  So when you first approached her, what did

14  you ask her?

15          MR. NELSON:  Objection.  We're getting into

16  a lot of suppression issues, it seems, Your Honor.

17  I'm not sure what the relevance of this

18  questioning --

19          MS. GORMAN:  Your Honor, I think a lot of

20  this goes towards his ability to actually

21  communicate with Ms. Cota because it's clear he's

22  not a fluent Spanish speaker.  She is a Spanish

23  speaker, and I think it goes towards how he

24  established the connection of Ms. Cota to the bags,

25  her possession of those.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

14

1          THE COURT:  I understand the relevance, but

2    I also understand it's beyond the scope of a

3    probable cause hearing.  He's testified that he

4    obtained consent, and I'm not here to determine

5    whether the evidence should be suppressed based on

6    some flaw in the --

7          Q.  So let's talk about this luggage that you

8    found.  You said that you had two -- Ms. Cota had

9    two tickets, is that correct, two luggage tickets?

10         A.  Luggage claim check tickets, yes, ma'am.

11         Q.  Okay.  And did you see those claim check

12   tickets?

13         A.  Yes.  They were stapled to her Amtrak train

14   ticket folder.

15         Q.  Where was that luggage located?

16         A.  In the luggage compartment on the train.

17         Q.  And where is that luggage compartment?

18         A.  It's one of the cars on the train.

19         Q.  Is it separate from Ms. Cota, from where she

20   was sitting?

21         A.  Yes.

22         Q.  Okay.  And when you found that luggage, was

23   Ms. Cota with you?

24         A.  No, she was not.

25         Q.  Did she identify that luggage as being hers?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.  No, she did not.  She wasn't with me.

2    Q.  And when you found the narcotics in the

3 luggage, when did that happen?

4    A.  When I searched the luggage.

5    Q.  Was that when you went to the luggage

6 compartment and found the luggage?

7    A.  Yes, ma'am.

8    Q.  And did Ms. Cota -- was she with you at that

9 point?

10    A.  No, she wasn't with me during the search of

11 the luggage or location of the luggage.

12    Q.  At any point did she identify that the bag

13 that you found the contraband in was hers?

14    A.  During post-arrest statements, I don't know

15 specifically what she said about what bag was what,

16 but not to me she did not.

17    Q.  And not at the train station?

18    A.  No, I didn't ask her at the train station.

19    Q.  And when you found the luggage, were there

20 other officers with you?

21    A.  Yes, James Montoya was with me.

22    Q.  Just one additional officer?

23    A.  Yes, ma'am.

24    Q.  Okay.  Was Ms. Cota traveling with anybody

25 else?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

16

1          MR. NELSON:  Objection, relevance.

2          MS. GORMAN:  Again, Your Honor, it goes to

3     the possession of the luggage.

4          THE COURT:  Well, it's a probable cause

5     hearing and there's already been testimony that she

6     admitted putting the contents inside the luggage,

7     so I'm going to find that that's really a discovery

8     issue or a suppression issue and beyond the scope

9     of this hearing.

10         Q.  When you found the luggage, did it match the

11    tickets that Ms. Cota had given you?

12         A.  She didn't give them to me.  I looked at

13    them and returned them back to her.  And, actually,

14    I took a picture of them, so, yes, they did match.

15         Q.  So you did -- did you confirm that the

16    ticket -- the claim check ticket number matched the

17    luggage that you searched?

18         A.  Yes, ma'am, and also the luggage had her

19    name on it.

20         Q.  And what name was that?

21         A.  Daniela Cota.

22         Q.  Was there any additional identifying

23    information on the back?

24         A.  I believe there was a phone number also

25    written on there.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.  Okay.  Now, you said that, when you went to
2  the DEA station afterwards, you did not interview
3  Ms. Cota.  Is that correct?
4    A.  I did not, no.
5    Q.  Who did?
6    A.  Task Force Officer Clarence Davis and Task
7  Force Officer Ray Zimmeron.
8    Q.  And why didn't you interview Ms. Cota?
9        MR. NELSON:  Objection, relevance.
10        THE COURT:  Sustained.
11    Q.  Did you speak with Ms. Cota at all once you
12  were at the station?
13    A.  We processed her.  I may have been involved
14  a little bit in that but not -- not to any extent,
15  no, ma'am.
16    Q.  And were you involved in taking any of her
17  post-arrest statement?
18    A.  No, I was not.
19    Q.  Okay.  And you said that you did a field
20  test of the drugs, correct?
21    A.  I did not.  Another agent in our office did.
22    Q.  And where was that field test performed?
23    A.  At the DEA office.
24    Q.  And it tested positive for fentanyl?
25    A.  Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

18

1    Q.  Did it test positive for any other drug?

2    A.  No, ma'am, just fentanyl.

3    Q.  And at that time did you remove any

4  fingerprints from the bags?

5    A.  No, we don't fingerprint at our DEA office

6  here.

7         MS. GORMAN:  No further questions, Your

8  Honor.

9         THE COURT:  Thank you.  Mr. Nelson, any

10  redirect?

11         MR. NELSON:  Yes, Your Honor, briefly.

12         REDIRECT EXAMINATION BY MR. NELSON:

13    Q.  Special Agent Perry, you said you're not

14  fluent in Spanish.  In your 20 years with the DEA,

15  have you interviewed or had consensual encounters

16  on either the Amtrak train or the bus in Spanish?

17    A.  Yes, hundreds of times.

18    Q.  And so you're quite familiar with the

19  ability to have a conversation about the things

20  you're seeking from passengers in Spanish and

21  understand their answers?

22    A.  Yes.  I'm not fluent in Spanish, but I can

23  conduct a consensual encounter in Spanish.

24         MR. NELSON:  Okay.  Thank you.

25         THE COURT:  Thank you.  Ms. Gorman, do you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

19

1   need to follow up on that?

2          MS. GORMAN:  Yes, Your Honor, briefly.

3          RECROSS-EXAMINATION BY MS. GORMAN:

4      Q.  Agent Perry, do you read Spanish?

5      A.  I wouldn't say I could read Spanish.  I can

6   understand some of it.  It depends.

7      Q.  Okay.  And do you understand when answers

8   are given to you --

9          MR. NELSON:  Objection.

10     Q.  -- in Spanish?

11         MR. NELSON:  He's just answered that

12  question, Your Honor.

13         THE COURT:  He did just answer that

14  question.

15         MS. GORMAN:  Well, if I may clarify, Your

16  Honor.

17         THE COURT:  You can clarify.

18     Q.  Agent Perry, you said you were able to

19  conduct a consensual encounter in Spanish.  So what

20  does that involve?

21     A.  Specific questions pertaining to what I'm

22  asking concerning passengers' travel and their

23  documents.

24     Q.  So you're able to ask those questions in

25  Spanish?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 820-6349                                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

20

1        A.  Yes, ma'am.

2        Q.  And are you able to understand when a

3   defendant --

4            MR. NELSON:  Objection.  I just asked him

5   that question.  He answered.

6            THE COURT:  I'll allow him to answer.

7        A.  Yes.  It depends on what their answer is.

8   If they go into a long, drawn-out, five-minute

9   answer, no, I'm not going to be able to understand

10  that.  But most of the questions I answer -- or I

11  ask are yes or no or those type of questions.  So I

12  can understand those answers, yes.

13       Q.  Okay.  And have you studied Spanish?

14       A.  Some, yes, ma'am.

15       Q.  In what capacity?

16       A.  I've worked at various border busses for

17  numerous years and been around a lot of Spanish

18  speakers.  I've attended a few classes that DEA put

19  on concerning law enforcement Spanish, how to

20  understand basic Spanish, so that's basically the

21  extent.  Most of my experience with Spanish is

22  being around people that speak Spanish and speaking

23  with them.

24           MS. GORMAN:  No further questions, Your

25  Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

21

1          THE COURT:  Thank you.  All right.  You may

2    step down.

3          THE WITNESS:  Thank you.

4          THE COURT:  I'm going to find that the

5    government has demonstrated probable cause.

6    They've presented probable cause regarding the

7    jurisdiction, the Albuquerque Amtrak station;

8    regarding the knowing and intentional element of

9    this crime, which is 21 U.S.C. 841(a)(1).  Based on

10   the luggage identification and the statement of

11   possession; based on the tags for the luggage and

12   as well as the post-arrest statement; based on

13   intent to distribute from the false compartment,

14   the numerous sealed bundles, the defendant's

15   post-arrest statement and the quantity; based on

16   the nature of the controlled substance from the

17   field test, and the witness has also identified the

18   defendant here in the courtroom today as being the

19   person who was involved in those things, that's

20   sufficient for probable cause purposes, and so the

21   matter will be scheduled for further proceedings.

22          We're also scheduled, if appropriate, for a

23   detention hearing, and I have found probable cause.

24   Mr. Nelson, is the United States seeking continued

25   detention?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

22

1          MR. NELSON:  Yes, Your Honor.

2          THE COURT:  Would you like to be heard, Ms.

3    Gorman?

4          MS. GORMAN:  Yes, Your Honor.  Your Honor, I

5    do believe that there are conditions that can

6    guarantee Ms. Cota's appearance in court.  First of

7    all, she has no criminal history whatso -- no

8    criminal convictions, and, although there was the

9    alleged arrest spoken by the agent, it's my

10   understanding there was insufficient evidence to

11   proceed with prosecution on that case.

12         Ms. Cota is a United States citizen.  She

13   was born in Tucson, Arizona, and she has lived back

14   and forth in Tucson and also in Mexicali with

15   her -- and Nogales with her mom and dad, but she

16   does have family in Tucson.  She has two aunts and

17   a cousin.

18         She does work doing field work, picking the

19   fields outside of El Centro, California, and in

20   Calexico, California, and she is certainly willing

21   to do any other -- any work that she can find.  She

22   has an education up through middle school, but,

23   again, she has no criminal history.

24         Pretrial services is making a recommendation

25   for La Posada, and it's my -- my understanding

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

23

1   there is a wait list there so she would not be able

2   to be released to that facility immediately.  But I

3   would request the Court to follow pretrial

4   services' recommendation; however, I am in the

5   process of getting the contact information for her

6   family in Tucson and providing that to pretrial

7   services so that we may be able to come back before

8   the Court at some point to modify those conditions

9   to allow her to live in Tucson as she can live with

10  her aunt.  I have not made contact with her aunt,

11  but I do have contact information, and, again, I

12  will provide that to pretrial services.

13          But there's no indication that Ms. Cota is a

14  danger.  She has assured me she has no desire to

15  live or reside in Mexico.  She was making plans to

16  reside with her aunt in Tucson anyway.  She does

17  have three young children, ages five, three and

18  one, that she also supports.  So they are in need

19  of her financial support and her ability to send

20  money to them.  So I would ask the Court to

21  consider that, as well.

22          THE COURT:  Thank you.  Mr. Nelson?

23          MR. NELSON:  Your Honor, first of all,

24  obviously, this is a presumption case.  She's

25  facing a mandatory minimum of ten years and up to


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   life in prison.  The weight of the evidence, as you

2   heard from Agent Perry, is substantial.  He

3   obtained consent to search her bag, searched it,

4   found the drugs and then, back at the district

5   office, she admitted to packaging the drugs and

6   putting them in her suitcase.

7         She appears to be a significant flight risk,

8   as well.  She's a citizen -- or she may be a

9   citizen of the U.S., but she lives in Mexico.  She

10  has three children in Mexico.  She has no ties to

11  the district of New Mexico whatsoever.  And while

12  she doesn't have a criminal history, as Agent Perry

13  discussed, she was arrested for trafficking

14  marijuana, I believe it was 50 kilograms, as she

15  came across the border, and she was not prosecuted

16  because it was below the federal threshold.

17        And, finally, just as a safety to the

18  community issue, she was arrested with 18 pounds of

19  fentanyl, and to put that in perspective, that is

20  enough fentanyl to kill the population of New

21  Mexico.  So we would ask, based on all of those

22  factors, that she be detained.

23        THE COURT:  All right.  Thank you.  I'll

24  take judicial notice of the pretrial services

25  report.  Is there anything that needs to be added

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to the report?

2          MR. MARTINEZ:  Not to our knowledge, Your

3  Honor.

4          THE COURT:  All right.  Ms. Gorman, anything

5  further?

6          MS. GORMAN:  No, Your Honor.

7          THE COURT:  All right.  This is a

8  presumption case.  I think there has been evidence

9  presented to rebut the presumption of the evidence

10 being the potential for -- the potential for an

11 appropriate family custody kind of situation

12 involving relatives in Tucson as well as the

13 pretrial services recommendation that conditions

14 are available for a third-party custody release to

15 La Posada; although, we're aware that there's not a

16 bed at this time so there's a practical problem

17 with that.

18          However, the evidence having been presented,

19 the analysis is a little different but the

20 presumption still is weighed in that balance.  And

21 I am going to find clear and convincing evidence of

22 a risk of danger to the community based on the

23 prior smuggling activity as well as the nature of

24 this offense with the high quantity of fentanyl,

25 which is an extremely dangerous drug, in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

26

1    combination with the strong ties to Mexico and the

2    relative ease with which it would appear that Ms.

3    Cota can evade federal jurisdiction if she chooses

4    to do so and essentially go on with her life more

5    or less as it is.

6            So I think there is a risk of flight by a

7    preponderance of the evidence and I think there's

8    clear and convincing evidence of a danger to the

9    community if she were to be released, so I'm going

10   to order that she be detained.

11           Ms. Gorman, is there anything else at this

12   time?

13           MS. GORMAN:  No, Your Honor.

14           THE COURT:  Mr. Nelson?

15           MR. NELSON:  No, Your Honor.

16           THE COURT:  I'll remand Ms. Cota.

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

27

```
 1              REPORTER'S CERTIFICATE

 2

 3        I, ANNE DEHON CCR #263, DO HEREBY CERTIFY

 4    that I did, in stenographic shorthand, transcribe

 5    the audio proceedings set forth herein, and the

 6    foregoing pages are a true and correct

 7    transcription to the best of my ability.

 8        I FURTHER CERTIFY that I am neither employed

 9    by nor related to nor contracted with (unless

10    excepted by the rules) any of the parties or

11    attorneys in this matter, and that I have no

12    interest whatsoever in the final disposition of

13    this matter.

14

15

16

17    _____
      BEAN & ASSOCIATES, INC.
18    ANNE DEHON, CCR #263
      License Expires:  12/31/19
19

20

21    JOB NO:  2317N

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com