AO 442 (Rev. 10/08) Warrant for Arrest



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 SEP 13 PM 1:03

CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Daniela Cota-Guitimea | WARRANT FOR ARREST<br>Duplicate Original<br>(Pursuant to Rule 41)<br>Case: 1084 1:19CR01300- 001MV |

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Daniela Cota-Guitimea** and bring him or her forthwith to the nearest magistrate judge to answer a petition for

☒ Violation of Conditions of Pretrial Release   ☐ Probation Violation   ☐ Supervision Release Violation

charging him or her
The defendant was placed on a GPS with the Home Detention Component. On September 28, 2019 at approximately 9:40 a.m., the defendant cut off her bracelet without permission and absconded from supervision.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation for the conditions of supervision as set by the Honorable Martha Vazquez in violation of Conditions of Release.

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| | |
|---|---|
| Honorable John Robenhaar /s/<br>Name of Issuing Judge | September 28, 2019 at 10:25 a.m.<br>Date and Time: |
| Albuquerque<br>Location | Jeffrey Martinez-Spelich /s/<br>Senior United States Probation/Pretrial Services Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _in Calexico, CA_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/28/2019 | [signature] USM | [signature] USM |
| DATE OF ARREST | | |
| 9/10/2019 | | |